FILED
IN OPEN COURT

JUN 1 6 2015

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 1:15-CR-143-GBL |
| | ) | |
| JAMES M. RAMA, | ) | |
| | ) | |
| Defendant. | ) | |

## WAIVER OF INDICTMENT

I, James M. Rama, the above-named defendant, accused of conspiracy to violate the

Foreign Corrupt Practices Act, 15 U.S.C. § 78dd-1, et seq., in violation of Title 18, United States

Code, Section 371, being advised of the nature of the charges, the proposed information, and of

my rights, hereby waive in open court prosecution by indictment and consent that the proceeding

may be by information rather than by indictment.

Date: ___6/16/15___

_____
James M. Rama
Defendant

_____
William C. Brennan, Jr.
Counsel for Defendant

___/s/___
James C. Cacheris
United States District Judge

Before: _____
United States District Judge